# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BEST, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JOHNSON & JOHNSON SERVICES, INC., et al.,<br><br>　　　　Defendants. | Case No.  13-cv-00771-JST<br><br>**ORDER STAYING ALL PROCEEDINGS PENDING A DECISION OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Re: Dkt. No. 10. |

Before the Court is the parties' stipulated request to stay all proceedings in this case pending a decision by the Judicial Panel on Multidistrict Litigation on the transfer of this case to <u>In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation</u>, MDL Docket No. 2244, currently pending before Judge Kinkeade in the United States District Court for the Northern District of Texas.  The stay is GRANTED.  If the MDL Panel decides not to transfer the case, the parties shall promptly notify this Court.

**IT IS SO ORDERED**.

Dated: March 4, 2013

_____
Jon S. Tigar
United States District Judge